

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00548-CV

Thomas Michael **TOWNSEND**, Sr., TMT Management, LLC, and Townsend Mineral Company, LP,
Appellants

v.

Philip Wayne **HINDES** and Melinda Hindes Eustace,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 12-09-00179-CVL
Honorable Dick Alcala, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, those portions of the final judgment (1) ordering that appellants Thomas Michael Townsend, Sr., TMT Management, LLC, and Townsend Mineral Company, LP, take nothing on their claim of implied dedication, and (2) awarding attorney's fees and costs to Philip Wayne Hindes and Melinda Hindes Eustace are REVERSED and those issues are REMANDED to the trial court for further proceedings. The final judgment is otherwise AFFIRMED. Costs of appeal are assessed against the parties who incurred them.

SIGNED March 18, 2020.

_____
Irene Rios, Justice